# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**FORMASSEMBLY INC.,**<br><br>Defendant. | Case No. 1:23-cv-00458-CJB<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Digital Verification Systems, LLC ("Plaintiff") and Defendant FormAssembly Inc. ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed WITH PREJUDICE.

2. All counterclaims asserted by Defendant in the above-captioned action are hereby dismissed WITHOUT PREJUDICE.

3. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated:  August 15, 2023

| | |
|---|---|
| PHILLIPS MCLAUGHLIN & HALL, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *John C. Phillips, Jr.* | /s/  *Michael J. Flynn* |
| John C. Phillips, Jr. (#110) | Jack B. Blumenfeld (#1014) |
| Megan C. Haney (#5016) | Michael J. Flynn (#5333) |
| 1200 North Broom Street | 1201 North Market Street |
| Wilmington, Delaware  19806 | P.O. Box 1347 |
| (302) 655-4200 | Wilmington, DE 19899-1347 |
| jcp@pmhdelaw.com | (302) 658-9200 |
| mch@pmhdelaw.com | jblumenfeld@morrisnichols.com |
| | mflynn@morrisnichols.com |
| **GARTEISER HONEA, PLLC** | OF COUNSEL: |
| René A. Vazquez, *Pro Hac Vice* | |
| Virginia Bar No. 41988 | Brett M. Schuman |
| rvazquez@ghiplaw.com | GOODWIN PROCTER LLP |
| 119 W. Ferguson Street | Three Embarcadero Center, 28th Floor |
| Tyler, Texas 75702 | San Francisco, CA 94111 |
| Telephone: (703) 989-2244 | (415) 733-6000 |
| Facsimile: (903) 405-3999 | |
| | Eric Levi |
| | GOODWIN PROCTER LLP |
| *Attorneys for Plaintiff* | 1900 N Street, N.W. |
| | Washington, DC 20036 |
| | (202) 346-4000 |
| | *Attorneys for Defendant* |

IT IS SO ORDERED this ___ day of August, 2023.

_____
The Honorable Christopher J. Burke